IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

CHARITY L. PHILLIPS

**Plaintiff,**
v.

HILLSBOROUGH COUNTY,

ARMATURE PARK APARTMENTS

**Defendants.**

Case No.: 8:22 cv 1473 -CEH-JSS
42 U.S.C. § 1983

## MOTION FOR NON-ATTORNEY E-FILING ACCESS

Plaintiff hereby moves this Court for entry of an order granting e-filing access in this cause of action.

Dated this 27ᵗʰ day of June, 2022

/s/ *Charity Phillips*

Charity L. Phillips
7702 Rivergate Drive,
Tampa, Fl 33619
813.644.0864
charity.phillips@ymail.com

1