UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARITY L. PHILLIPS,

    Plaintiff,

v.                                      Case No: 8:22-cv-1473-CEH-JSS

HILLSBOROUGH COUNTY and
ARMATURE PARK APARTMENTS,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on July 20, 2022 (Doc. 6). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) be denied without prejudice; and (2) Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure. The Magistrate Judge also recommends that the amended complaint, if any, be due within twenty (20) days of the date the Report and Recommendation becomes final. Plaintiff was provided a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2) is DENIED, without prejudice.

(3) Plaintiff's Complaint (Doc. 1) is DISMISSED, without prejudice, and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure. *See Bryant v. Dupree*, 252 F.3d 1161, 1163 (11th Cir. 2001) ("Generally, where a more carefully drafted complaint might state a claim, a plaintiff must be given at least one chance to amend the complaint before the district court dismisses the action with prejudice") (internal quotation and citation omitted).

(4) Plaintiff shall file an amended complaint within twenty (20) days of the date of this Order. Failure to file an amended complaint within the time provided will result in this matter being dismissed without further notice of the Court.

**DONE AND ORDERED** at Tampa, Florida on August 8, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record