UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARITY L. PHILLIPS,

    Plaintiff,

v.                                                    Case No: 8:22-cv-1473-CEH-JSS

HILLSBOROUGH COUNTY and
ARMATURE PARK APARTMENTS,

    Defendants.
_____/

## ORDER

Plaintiff requests access to the court's electronic filing system to facilitate in the preparation of filings. (Motion for Non-Attorney E-Filing Access, Dkt. 3.) Upon consideration, it is

**ORDERED**:

1. Plaintiff's Motion for Non-Attorney E-Filing Access (Dkt. 3) is **GRANTED**.

2. To access the court's electronic filing system, Plaintiff must have Internet access, an e-mail account, PDF capabilities, and a PACER account.

3. Plaintiff shall register for electronic filing by visiting the CM/ECF link on the court's website at www.flmd.uscourts.gov. When filling out the request for a CM/ECF log in and password, Plaintiff should insert 0000000 (seven zeros) when prompted to fill in a Bar number. Plaintiff may contact the

   Clerk's Office (813-301-5400) if assistance is needed in registering for CM/ECF.

4. Once registered, Plaintiff shall complete the CM/ECF program tutorial on the court's website. Plaintiff also shall become familiar with and follow the policies and procedures set forth in the Administrative Procedures for Electronic Filing, which is available under the CM/ECF link on the court's website.

5. In alternative to filing electronically, Plaintiff is permitted to mail hard copies of her filings to the Clerk of the Court instead of filing in person at the courthouse.

   **ORDERED** in Tampa, Florida, on August 9, 2022.

   _____
   JULIE S. SNEED
   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Unrepresented Party